# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 26, 2004

Before

Hon. RICHARD D. CUDAHY, Circuit Judge

Hon. ILANA DIAMOND ROVNER, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

No. 03-1104

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff-Appellee, | Appeal from the United States<br>District Court for the Central<br>District of Illinois. |
| 　　v. | No. 02 CR 20037 |
| LAWRENCE STEVENS,<br>　　　　Defendant-Appellant. | Michael P. McCuskey,<br>Judge. |

O R D E R

The slip opinion issued in the above-entitled cause on August 19, 2004, is amended as follows:

On page 1, the spelling of the District Court Judge's last name should be modified as follows:

Michael P. McCuskey, Judge.